FILE COPY



# COURT OF APPEALS

CATHERINE STONE
 CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
 JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 14, 2014

Kenneth W. Anderson, Jr.
Law Office of Kenneth W. Anderson, Jr.
115 E. Travis Street, Suite 315
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Ron D. Ross
Law Office Of Ron D. Ross
11722 Raindrop
San Antonio, TX 78216

Robert Sirianni Jr.
400 North New York, Suite 215
Winter Park, FL 32789
* DELIVERED VIA E-MAIL *

Donald E. Ghidoni
29770 HWY 281 N
Bulverde, TX 78163

RE:     Court of Appeals Number:     04-13-00649-CV
        Trial Court Case Number:     1992-CI-17421
        Style:  Donald E. Ghidoni
                v.
                Nancy Ghidoni (Meehan)

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00649-CV

Donald E. **GHIDONI**,
Appellant

v.

Nancy **GHIDONI** (Meehan),
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Michael E. Mery, Judge Presiding

## O R D E R

    Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **February 10, 2014**. Absent extenuating circumstances, no further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court